United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD BURDICK, et al.,

        Plaintiffs,                JUDGMENT IN A CIVIL CASE

  v.

                                      CASE NUMBER:   C9-1532RAJ

ENRIQUE F. VILLALBA, et al.,

        Defendants.

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   THE COURT HAS ORDERED THAT

      The Plaintiffs' motion for default judgment (Dkt. # 20) is GRANTED. Therefore, judgment is entered in favor of Plaintiffs and against Defendants in the amount of $20,062,703.89 (for principal and interest), $17,934 for attorney fees and costs, plus post-judgment interest under 28 U.S.C. § 1961.

      JUDGMENT ENTERED this 1st day of November, 2010.

                                                      WILLIAM M. McCOOL
                                                                   Clerk

                                                          s/Consuelo Ledesma
                                                               Deputy Clerk